### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| **MICHAEL B. SELIG,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 14-cv-5303** |
| | : | |
| **NORTH WHITEHALL TOWNSHIP** | : | |
| **ZHB, ET AL.,** | : | |
| **Defendants.** | : | |

### O R D E R

**AND NOW**, this 17th day of December 2014, upon consideration of the

defendants' motions to dismiss (Doc. No. 6, 9) and any responses thereto, it is hereby

**ORDERED** that the motions are **GRANTED**, for the reasons stated in the accompanying

memorandum.

The claims against the North Whitehall Township Zoning Hearing Board are

**DISMISSED WITHOUT PREJUDICE**. The claims against Sheila Sloyer,  Raymond

Sloyer, and Eric Smith are **DISMISSED WITH PREJUDICE**.

The plaintiff shall have **fourteen (14) days** from the date of this Order to file an

amended complaint, as explained in the accompanying memorandum.


BY THE COURT:


/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.